| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| GARY C. ZEITZ, L.L.C.<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>MTAG CUST ALTERNA FUNDING I, LLC |

Order Filed on September 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>NANCY ROQUE-SOARES | Case No.: 17-15243/MBK<br><br>Chapter 13<br><br><br>Judge: Michael B. Kaplan |
|---|---|

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: September 8, 2017

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the filing of Debtor's Chapter 13 Plan and the Objection to Confirmation of the Plan and Rejection of Plan by MTAG CUST ALTERNA FUNDING I LLC ("Creditor"); and

IT APPEARING that Debtor and Creditor wish to resolve this matter;

IT IS ORDERED that Debtor shall pay Creditor's Proof of Claim in full, as filed, through the Chapter 13 Plan.