UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*MTAG CUST ALTERNA FUNDING I, LLC*

Order Filed on September 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANCY ROQUE-SOARES

Case No.: 17-15243/MBK

Chapter 13

Judge: Michael B. Kaplan

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 8, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the filing of Debtor's Chapter 13 Plan and the Objection to Confirmation of the Plan and Rejection of Plan by MTAG CUST ALTERNA FUNDING I LLC ("Creditor"); and

IT APPEARING that Debtor and Creditor wish to resolve this matter;

IT IS ORDERED that Debtor shall pay Creditor's Proof of Claim in full, as filed, through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-15243-MBK
Nancy Roque-Soares                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Sep 08, 2017
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.
db          +Nancy Roque-Soares,   50 Jeffrie Ave,   South River, NJ 08882-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Linda S. Fossi    on behalf of Creditor    MTAG Cust Alterna Funding I LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
      Russell L. Low    on behalf of Debtor Nancy   Roque-Soares rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 5