| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GARY C. ZEITZ, L.L.C.<br>LINDA S. FOSSI, ESQUIRE (LF 1720)<br>ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)<br>1101 Laurel Oak Road, Suite 170<br>Voorhees, New Jersey 08043<br>(856) 857-1222<br>*Attorneys for Creditor,*<br>*MTAG CUST ALTERNA FUNDING I LLC* | Order Filed on August 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>NANCY ROQUE-SOARES | Case No.: 17-15243/MBK<br><br>Chapter 13<br><br>Hearing Date: August 14, 2018 @ 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

**ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 20, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the motion of MTAG Cust Alterna Funding I LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Nancy Roque-Soares (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Russell L. Low, Esquire, Low & Low, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 50 Jeffrie Ave, South River, New Jersey, Block 284, Lot 11 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor now seeks to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. By October 1, 2018, the Debtor shall pay all outstanding post-petition taxes owing to South River on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. By October 1, 2018, the Debtor shall pay all outstanding payments owed to the Chapter 13 Trustee.

3. In the event the Debtor fails to make any of the post-petition payments required to be made to South River on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief

from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

5. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.