UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

**GARY C. ZEITZ, L.L.C.**
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
MTAG CUST ALTERNA FUNDING I LLC

Order Filed on August 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANCY ROQUE-SOARES

Case No.: 17-15243/MBK

Chapter 13

Hearing Date: August 14, 2018 @ 9:00 a.m.

Judge: Michael B. Kaplan

## ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 20, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the motion of MTAG Cust Alterna Funding I LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Nancy Roque-Soares (the "Debtor"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C. attorneys for Creditor and Russell L. Low, Esquire, Low & Low, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 50 Jeffrie Ave, South River, New Jersey, Block 284, Lot 11 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien; and

IT FURTHER APPEARING that the Debtor now seeks to resolve this matter; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. By October 1, 2018, the Debtor shall pay all outstanding post-petition taxes owing to South River on account of the Property except to the extent that Creditor has already paid said post-petition taxes.

2. By October 1, 2018, the Debtor shall pay all outstanding payments owed to the Chapter 13 Trustee.

3. In the event the Debtor fails to make any of the post-petition payments required to be made to South River on account of the Property or fails to make any payments under the Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief

2

from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

    5.    Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $500.00 on account of the legal fees and costs incurred in the prosecution of its relief from stay motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-15243-MBK
Nancy Roque-Soares                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 20, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.
db             +Nancy Roque-Soares,    50 Jeffrie Ave,    South River, NJ 08882-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    MTAG Cust Alterna Funding I LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Russell L. Low    on behalf of Debtor Nancy   Roque-Soares rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5