Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−15243−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy Roque−Soares
   50 Jeffrie Ave
   South River, NJ 08882

Social Security No.:
   xxx−xx−1944

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*37* − Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of MTAG Cust Alterna Funding I LLC. Objection deadline is 12/18/2018. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Fossi, Linda)

Dated: 12/19/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court