Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.: 17−15243−MBK
                                  Chapter: 13
                                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Nancy Roque−Soares
    50 Jeffrie Ave
    South River, NJ 08882

Social Security No.:
    xxx−xx−1944

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*37* − Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Linda S. Fossi on behalf of MTAG Cust Alterna Funding I LLC. Objection deadline is 12/18/2018. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Fossi, Linda)

Dated: 12/19/18

                                                      Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Nancy Roque-Soares  
    Debtor

Case No. 17-15243-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 19, 2018  
                 Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
db          +Nancy Roque-Soares,   50 Jeffrie Ave,   South River, NJ 08882-2239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Linda S. Fossi    on behalf of Creditor    MTAG Cust Alterna Funding I LLC lfossi@zeitzlawfirm.com,  
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
          Russell L. Low    on behalf of Debtor Nancy   Roque-Soares rbear611@aol.com,  
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                  TOTAL: 5