UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

GARY C. ZEITZ, L.L.C.
LINDA S. FOSSI, ESQUIRE (LF 1720)
ROBIN LONDON-ZEITZ, ESQUIRE (RZ 2933)
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
MTAG CUST ALTERNA FUNDING I LLC

Order Filed on January 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

NANCY ROQUE-SOARES

Case No.: 17-15243/MBK

Hearing Date: January 22, 2019 @9:00 a.m.

Judge: Michael B. Kaplan

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: January 28, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court upon the certification of default of MTAG Cust Alterna Funding I LLC ("Creditor") requesting the entry of an Order for relief from the automatic stay to proceed with a foreclosure proceeding against Nancy Roque-Soares (the "Debtors"), and the following appearances having been entered, Linda S. Fossi, Esquire, Gary C. Zeitz, L.L.C., attorneys for Creditor and Russell L. Low, Esquire, Low and Low, attorneys for the Debtor; and

IT APPEARING that Creditor is the holder of certain tax lien(s) (the "Tax Lien") secured by the Debtor's real estate located at 50 Jeffrie Ave, South River, New Jersey, Block 284, Lot 11 (the "Property"); and

IT FURTHER APPEARING that Creditor filed a motion (the "Motion") for relief from the automatic stay to foreclose the Tax Lien on July 19, 2018, resulting in the entry of an Order resolving the Motion on August 20, 2018; and

IT FURTHER APPEARING that Creditor filed a certification of default with respect to the August 20, 2018 Order; and the Debtor filed opposition thereto; and the parties having agreed to the form and entry of this Order,

IT IS ORDERED as follows:

1. Creditor acknowledges that the Debtor has paid the outstanding post-petition taxes owing to South River on account of the Property through the fourth quarter of 2018.

2. Creditor acknowledges that the Debtor is current on her Chapter 13 trustee payments.

3. In the event the Debtor fails to make any of the post-petition payments required

to be made to South River on account of the Property within the grace period allow by the Tax Collector, or fails to make any payments under her Chapter 13 plan, within thirty (30) days of the due date, then Creditor shall be entitled to relief from the automatic stay pursuant to 11 U.S.C. §362(d). Said relief shall be granted upon application of Creditor, with fourteen (14) days notice to the Debtor and Debtor's counsel, setting forth the default in question.

4. Creditor is granted an administrative claim, which will be paid through the Debtor's Chapter 13 plan, in the amount of $350.00 on account of the legal fees and costs incurred in the prosecution of its certification of default.